FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 JUL 29 PM 12:24
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SGT. MORRIS J. CLARINGTON, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 314-054 |
| ) | |
| PATRICIA LUMPKIN, Chief Counselor; ) | |
| MRS. BRAGGS, Counselor; ) | |
| CAPTAIN PAULA DUNKIN; ) | |
| JOHN DOE(S), CERT Team, ) | |
| Johnson State Prison; ) | |
| and JOHNSON STATE PRISON, ) | |
| Administration Department, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis* (doc. no. 2), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit by filing a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

SO ORDERED this 29th day of July, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE